IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RECO D. MANNING, #13004-062**                                                                 **PLAINTIFF**

**VS.**                                        **4:23-CV-00716-BRW**

**USA**                                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with today's order, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of September, 2023.

                                                     Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE